**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tyree J. SWINDELL, Defendant— Appellant.**

No. 05–10826.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 25, 2006.

Anne Pings, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Alexandra Paradis Negin, Esq., Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT and BEA, Circuit Judges.

MEMORANDUM **

Tyree J. Swindell appeals from the district court's judgment and 120–month sentence imposed following his guilty-plea conviction for possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Swindell has filed a

brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Swindell has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver, *see United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**, and this appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

